# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

**FILED**
**HARRISBURG, PA**
MAY 29 2019
Per _____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:19-MJ-0038 |
| | ) | |
| RICHARD E. WAJDA | ) | |
| | ) | Charging District's Case No.   1:19-CR-00161 |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __The District of Idaho__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/29/19

*Defendant's signature*

*Signature of defendant's attorney*

Monica D. Cliatt
*Printed name of defendant's attorney*